ACCEPTED
06-15-00032-CR
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
7/6/2015 2:10:11 PM
DEBBIE AUTREY
CLERK

# IN THE COURT OF APPEALS FOR THE
## SIXTH DISTRICT OF TEXAS AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS

7/6/2015 2:10:11 PM

DEBBIE AUTREY
Clerk

06-15-00032-CR

**STATE OF TEXAS,**
  APPELLEE

  v.                                                     No. 06-14-00032-CR

**DEVON RAY DAVIS**
  APPELLANT

§ § § § § § § §

---

## STATE'S REPLY BRIEF

---

FROM THE 196TH DISTRICT COURT
HUNT COUNTY, TEXAS
TRIAL CAUSE NUMBER 22,886
THE HONORABLE JOE M. LEONARD, JUDGE PRESIDING

**NOBLE DAN WALKER, JR.**
District Attorney
Hunt County, Texas

**G. CALVIN GROGAN V**
Assistant District Attorney
P. O. Box 441
4th Floor Hunt County Courthouse
Greenville, TX  75403
(903) 408-4180
FAX (903) 408-4296
State Bar No. 24050695

# TABLE OF CONTENTS

TABLE OF CONTENTS .................................................................................2

INDEX OF AUTHORITIES ...........................................................................3

STATEMENT OF CASE ...............................................................................5

ISSUES PRESENTED.....................................................................................5

SUMMARY OF STATE'S ARGUMENT..........................................................5

APPELLANT'S WRITTEN JUDGMENT SHOULD BE REFORMED ..............5

    STANDARD OF REVIEW...........................................................................5

    ATTORNEY FEES SHOULD NOT HAVE BEEN ADDED TO JUDGMENT...............................................................................................6

    IMPOSITION OF $122 IN URINALYSIS FEES ALLOWED .........................7

PRAYER.....................................................................................................8

CERTIFICATE OF SERVICE.........................................................................8

# INDEX OF AUTHORITIES

Texas Cases

*Armstrong v. State*, 340 S.W.3d 759, 766 (Tex. Crim. App. 2011) ........................ 6

*Coffey v. State,* 979 S.W.2d 326 (Tex. Crim. App. 1998) .................................. 5

*Ex Parte Madding*, 70 S.W.3d 131 (Tex. Crim. App. 2002) ................................ 5

*McPherson v. State*, No. 06-13-00081-CR *7 Fn10 (Tex. App. – Texarkana 2013) .......................................................................................................... 7

*Owen v. State*, 352 S.W.3d 542, 546 (Tex. App. – Amarillo 2011, no pet. ........... 7

*Williams v. State*, 332 S.W.3d 694, 700 (Tex. App. – Amarillo 2011, pet. denied) .......................................................................................................... 7

Texas Statues

TEX. CODE CRIM. PROC. ART. 102.012(b)1 (Vernon 2012) .................................. 7

# IN THE COURT OF APPEALS FOR THE
# SIXTH DISTRICT OF TEXAS AT TEXARKANA

| | | |
|---|---|---|
| **THE STATE OF TEXAS,** | § | |
| APPELLEE | § | |
| | § | |
| v. | § | **No. 06-14-00032-CR** |
| | § | |
| **DEVON RAY DAVIS** | § | |
| APPELLANT | § | |

---

## STATE'S REPLY BRIEF

---

TO THE HONORABLE COURT OF APPEALS:

NOW COMES the State of Texas, Appellant, in this direct appeal from Cause No. 22,886 in the 196th Judicial District Court in and for Hunt County, Texas, Honorable Joe M. Leonard, Presiding, now before the Sixth District Court of Appeals, and respectfully submits this its brief to the Sixth District Court of Appeals.

## STATEMENT OF CASE AND FACTS

The State agrees with both the Appellant's Statement of Case and Statement of Facts.

## ISSUE PRESENTED

**Issue 1. Should the Appellant's Written Judgment Be Reformed to Reflect the Trial Court's Oral Pronouncement of Sentence?**

## SUMMARY OF THE ARGUMENT

1. Yes and No. The Trial Court should not have imposed court-appointed attorney fees after failing to make such an oral pronouncement during sentencing, but imposition of Urinalysis Fees is a legislatively mandated court cost that does not have to be included in the oral pronouncement of sentence.

## ARGUMENT

**1. Appellant's Written Judgment Should Not have Included $2,337.00 in Court-Appointed Attorney Fees**

### a. Standard of Review

"A trial court's pronouncement of sentence is oral, while the judgment, including the sentence assessed, is merely the written declaration and embodiment of that oral pronouncement." *Ex Parte Madding*, 70 S.W.3d 131, 135 (Tex. Crim. App. 2002). If the oral pronouncement of sentence and written judgments vary, the oral pronouncement controls. *Coffey v. State*, 979 S.W.2d 326, 328 (Tex. Crim. App. 1998).

### b. $2,122 Court-Appointed Attorney Fees

The State agrees with Appellant that the written judgment conflicts with the Trial Court's oral pronouncement of sentence in regards to imposing court-appointed attorney fees.

### c. Appellant Still Owes $122.00 in Urinalysis Fees

"Because legislatively mandated fees and costs are not punitive in nature, they need not be included in the oral pronouncement of sentence to be validly imposed on a convicted defendant." *Armstrong v. State*, 340 S.W.3d 759, 766 (Tex. Crim. App. 2011). "Payment of a urinalysis fee is not included within Chapter 12 of the Texas Penal Code entitled

Punishments and does not alter the range of punishment." *McPherson v. State*, No. 06-13-00081-CR *7 Fn10 (Tex. App. – Texarkana 2013). "A defendant's ability to pay is not relevant to legislatively mandated court costs, and a trial court may order the defendant to pay or reimburse a community supervision and corrections department for any other expense that is….incurred as a result of the defendant's participation in the pretrial intervention program." TEX. CODE CRIM. PROC. ART. 102.012(b)1) (Vernon 2012); *Owen v. State*, 352 S.W.3d 542, 546 (Tex. App. – Amarillo 2011, no pet.); *Williams v. State*, 332 S.W.3d 694, 700 (Tex. App. – Amarillo 2011, pet. denied).

Appellant should still be required to pay the $122 in Urinalysis fees.


## PRAYER

The State prays that the Appellant's Judgment be reformed to delete the imposition of court appointed attorney fees.

Respectfully submitted,

NOBLE DAN WALKER, JR.
**District Attorney**
**Hunt County, Texas**

_____
G CALVIN GROGAN V

7

Assistant District Attorney
P. O. Box 441
4th Floor, Hunt County
Courthouse
Greenville, TX 75403
State Bar No. 24050695
(903) 408-4180
FAX (903) 408-4296

## CERTIFICATE OF COMPLIANCE WITH T.R.A.P. 9.4(i)(3)

Relying on Microsoft Word's word count feature used to create the State's Reply Brief, I certify that the number of words contained in this brief is 870 and the typeface used is 14Font.

**G CALVIN GROGAN V**
**Assistant District Attorney**

## CERTIFICATE OF SERVICE

A true copy of the State's brief has been mailed via first-class mail to Katherine Ferguson, Appellee's attorney of record, today, July 6, 2015, pursuant to Texas Rules of Appellate Procedure.

**G CALVIN GROGAN V**
**Assistant District Attorney**